RECEIVED
JUL 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| KEITH PIEARSON (Prisoner #0512697) | CIVIL ACTION NO. 06-0323 |
| VS. | CHIEF JUDGE HAIK |
| LAFAYETTE PARISH CORRECTIONS CENTER | MAGISTRATE JUDGE HILL |

## ORDER

Before the court is a civil rights complaint filed by *pro se* plaintiff Keith Piearson on February 27, 2006. Piearson is an inmate incarcerated at the Lafayette Parish Corrections Center (LPCC), in Lafayette, Louisiana. Piearson complains that he has received inadequate and delayed medical care at the facility. Plaintiff seeks to litigate his claims in this court *in forma pauperis*. However, in order to do so, he must submit a financial certificate executed by an authorized officer at the LPCC, providing information about Pierson's inmate account. Piearson claims that he has attempted to obtain the required documentation, but that the administration and staff at the LPCC have refused to assist him in the application process. Therefore, on March 15, 2006, a Deputy Clerk of this Court contacted the LPCC and requested that an accounts officer execute Piearson's financial certificate. To date, the accounts information which was requested has not been provided to the court. Accordingly;

**IT IS ORDERED** that the **Clerk of Court** serve, by certified mail, the Warden of the Lafayette Parish Corrections Center with a copy of this Order and a copy of this court's standardized Application to Proceed *In Forma Pauperis* including the financial certificate which must be completed by an authorized officer of the LPCC.

**IT IS FURTHER ORDERED** that **on or before August 4, 2006,** the Warden of the Lafayette Parish Corrections Center shall file the financial certificate, executed by an authorized officer at the LPCC, and providing information about Pierson's inmate account, with the Clerk of this Court.

In Chambers, Lafayette, Louisiana, this 14 day of July, 2006.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 7-14-06
BY: gbr
TO: Warden, LPCC, cert mail w/IFP

7106 4575 1291 3049 0385

**US Postal Service**
**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To:

WARDEN, LAFAYETTE PARISH CORR. CENTER
P O BOX 3508
LAFAYETTE, LA 70502

PS - June 2000     US Postal Service     **Certified Mail Receipt**

06-323- Sec P