RECEIVED
NOV - 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _1/23/07_

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| KEITH PIEARSON[2] | CIVIL ACTION 06-0323 |
| VS. | SECTION P |
| CORRECTIONAL CENTER | CHIEF JUDGE HAIK |
| LAFAYETTE PARISH | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22 day of January, 2007.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE

---

[2] The plaintiff spells his name "Piearson," however, "Pierson" is used to identify the accounts records for this plaintiff at the Lafayette Parish Corrections Center. [see doc. 10].